UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF AMERICA, N.A., Plaintiff, -v.- CBI CONNECT, INC., et al., Defendants. | 25 Civ. 3337 (JHR) DEFAULT JUDGMENT |

JENNIFER H. REARDEN, District Judge:

Plaintiff Bank of America, N.A. filed this action alleging breach of contract, foreclosure of security interests, replevin, conversion, unjust enrichment, and breach of guaranty under New York law on April 22, 2025. ECF No. 1. Plaintiff served Defendants CBI Connect, Inc. and Criterion 360, Inc. with process on May 5, 2025, ECF Nos. 13-14, and served Defendant Craig A. Bueker with process on May 15, 2025, ECF No. 15. Defendants' answers were therefore due on May 27, 2025 and June 5, 2025, respectively. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). No Defendant has responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos. 20-23, on June 18, 2025, the Clerk of Court issued certificates of default as to all Defendants, ECF Nos. 24-26. On July 1, 2025, Plaintiff served Defendants with the Certificates of Default and supporting documents. ECF Nos. 27-29.

On September 10, 2025, Plaintiff moved for a default judgment, ECF No. 30, as to the first, second, sixth, and seventh claims in the Complaint, and filed a declaration, an affidavit, a memorandum of law, and a proposed order in support of the motion, ECF Nos. 31-34. Plaintiff served its motion papers on Defendants by mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C). ECF No. 35. Defendants did not oppose the motion.

The Court has reviewed Plaintiff's motion for a default judgment and supporting

submissions. ECF Nos. 30-34. Because proof of service has been filed; Defendants have failed to respond to the Complaint; the time for doing so has expired; and Defendants have failed to appear to contest the entry of a default judgment, the Court hereby enters a default judgment for Plaintiff against Defendants, with any declaratory, injunctive, or compensatory relief, as well as any costs, interest, and attorneys' fees, to be determined at an inquest. *See Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021 WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment).

By separate Order, the Court will refer this case to Magistrate Judge Jennifer Willis for an inquest. By **September 24, 2026**, Plaintiff shall serve this Order upon Defendants and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

Dated: September 21, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge