**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BANK OF AMERICA, N.A.,

Plaintiff,

-against-

CBI CONNECT, INC. *et al.*,

Defendants.
-------------------------------------------------------------

**ORDER**

**25-CV-3337 (JHR) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

Judge Rearden referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants CBI Connect, Inc., Criterion 360, Inc., and Craig A. Bueker.

Accordingly, IT IS HEREBY ORDERED that, on or before **October 30, 2026**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendants, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **November 13, 2026**, the Defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve Defendants with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated: September 22, 2026
New York, New York

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge